**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of May, two thousand twenty-one.

In re: Feige Zaretsky,
    Debtor,
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Feige Zaretsky,

    Appellant,

v.

Harold Zaretsky, Kenneth Kirschenbaum, Trustee,

    Appellees,

United States Trustee,

    Trustee.

**ORDER**

Docket No. 21-554

On March 17, 2021, the district court vacated the order and judgment that are the subject of this appeal. On April 5, 2021, this Court directed Appellant to either submit the required opening forms or a letter withdrawing the appeal in light of the district court's March 17, 2021 decision. Appellant was warned that failure to respond to the order would result in the appeal being dismissed for failure to prosecute. Appellant has not responded to the Court's order. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeal is DISMISSED for Appellant's failure to comply with the Court's April 5, 2021 order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/06/2021**